UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

CIVIL ACTION NO. 3:15-cv-822 (MPS)

MOTION FOR APPOINTMENT OF PERSON
TO SERVE PROCESS

Plaintiff moves this Court to appoint __Keith D. Niziankiewicz__, a qualified person over eighteen (18) years of age, residing in __East Hartford__, Connecticut, and not a party to or attorney in this action to serve papers, other than the summons and complaint, in the above-entitled action for the reason that the United States Marshal's Office no longer makes service of private process. (See Rule 4, F.R.Civ.P.)

Dated at __East Hartford__, Connecticut, this __5th__ day of __April__, 20__17__.

_____
Attorney for Plaintiff

SO ORDERED,

ROBIN D. TABORA, Clerk
By:

_____
Deputy Clerk

Dated: _____

Rev. 8/21/14