STATE OF CONNECTICUT:
:ss: HARTFORD           APRIL 30, 2018
COUNTY OF HARTFORD :

       Then and by virtue hereof, and by direction of the Attorney, I left a verified true and attested copy of the original LETTER, SUBPOENA TO TESTIFY AT A DEPOSITION IN A CIVIL ACTION, MEMORANDUM AND ORDER, at the usual place of abode of **KAPELMOONEY MAHAPOT, 120 ROSLYN STREET,** PRESIDENT/OWNER for the within named defendant **PLUMBING CREATIONS, LLC,** in the said town of HARTFORD, County of Hartford.

       The within is the original LETTER, SUBPOENA TO TESTIFY AT A DEPOSITION IN A CIVIL ACTION, MEMORANDUM AND ORDER, with my doings thereon endorsed.

| | |
|---|---|
| Verified pages | $ 7.00 |
| Endorsements | 1.20 |
| Service | 40.00 |
| Travel | 12.00 |
| Total | $60.20 |

ATTEST:

KEITH NIZIANKIEWICZ
CT STATE MARSHAL
HARTFORD COUNTY

**KEITH D. NIZIANKIEWICZ**
*Connecticut State Marshal*
P.O. BOX 280054 • EAST HARTFORD, CONNECTICUT 06128-0054 • OFFICE: (860) 610-0295